# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN SKERTICH and CYNTHIA SKERTICH, <br><br> Plaintiffs, <br><br> v. <br><br> NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING and ALLIANT CREDIT UNION, <br><br> Defendants. | Civil Action No.: 2:24-cv-06809-PD |

## NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING'S MOTION FOR SUMMARY JUDGMENT

Defendant Newrez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint"), through its counsel, respectfully moves this Court for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment in its favor on Counts I, III, IV, VI, VIII and IX of Plaintiffs Stephen Skertich and Cynthia Skertich's Complaint. In support of this motion, Shellpoint relies on the accompanying memorandum of law and the exhibits attached thereto.

Dated: June 26, 2025

/s/ Jeffrey M. Stacko
Jeffrey M. Stacko, Esq.
Pa. I.D. No. 314941
DINSMORE & SHOHL LLP
1300 Six PPG Place
Pittsburgh, PA 15222
412.281.5000 (t)
412.281.5055 (f)
jeffrey.stacko@dinsmore.com

21915878.1

*Counsel for Defendants Newrez LLC d/b/a Shellpoint Mortgage Servicing and Alliant Credit Union*

21915878.1