IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN SKERTICH, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> NEWREZ LLC, *et al.*, <br> Defendants. | Civ. No. 24-6809 |

## ORDER

**AND NOW**, this 22nd day of July, 2025, it having been reported that the Parties in the above action have reached a settlement, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court and Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that the above action is **DISMISSED** with prejudice and without costs. This order may be vacated or stricken from the record for good cause within ninety days. See E.D. Pa. Local R. Civ. P. 41.1(b). The Clerk of Court **SHALL** close this Case.

AND IT IS SO ORDERED.

_/s/ Paul S. Diamond_
Paul S. Diamond, J.